FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

16 AUG 10 PM 1:30

DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FIRST SUPERSEDING** |
| | ) | **INDICTMENT** |
| v. | ) | |
| | ) | Case Number: 3:16-cr-65-JD-CAN |
| BRIAN KEITH JENNINGS, JR., | ) | |
| DDREA BOSTIC, and, | ) | |
| MATTHEW BISHOP | ) | 18 U.S.C. §§ 922(u), 922(j), 2 |

**THE GRAND JURY CHARGES**:

<u>Count 1</u>

On or about the 13th day of May, 2016, in the Northern District of Indiana, the defendant,

**BRIAN KEITH JENNINGS, JR.,**

stole and unlawfully took and carried away from the premises of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms, Kodiak Firing Range & Training Facility, Inc., located at 4611 South Burnett Drive, South Bend, Indiana, one or more firearms in the licensee's business inventory that had been shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(u) and 2.

1

**THE GRAND JURY FURTHER CHARGES:**

<u>Count 2</u>

On or about the 21st day of June, 2016, in the Northern District of

Indiana, the defendants,

**BRIAN KEITH JENNINGS, JR.,**
**DDREA BOSTIC,**
**and,**
**MATTHEW BISHOP,**

stole and unlawfully took and carried away from the premises of a person

who is licensed to engage in the business of importing, manufacturing, or

dealing in firearms, Kodiak Firing Range & Training Facility, Inc., located at

4611 South Burnett Drive, South Bend, Indiana, one or more firearms in the

licensee's business inventory that had been shipped or transported in

interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(u) and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>Count 3</u>

On or about the 21st day of June, 2016, in the Northern District of

Indiana, the defendant,

**MATTHEW BISHOP,**

knowingly possessed one or more stolen firearms which had been shipped and

transported in interstate and foreign commerce, knowing and having

reasonable cause to believe the firearms had been stolen.

All in violation of Title 18, United States Code, Sections 922(j).

A TRUE BILL:
*/s/Foreperson*
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

*/s/Kenneth M. Hays*
Kenneth M. Hays
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
M 01 Federal Building
204 South Main Street
South Bend, Indiana 46601
Tel:   (574) 236-8287
Fax:   (574)236-8155
Email: Kenneth.hays@usdoj.gov